1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9    RUSSELL K. DUNCAN,                           Case No. C12-546-MJP

10                    Plaintiff,                  ORDER REVERSING AND
                                                  REMANDING CASE FOR FURTHER
11           v.                                   ADMINISTRATIVE PROCEEDINGS

12   MICHAEL J. ASTRUE, Commissioner
13   of Social Security,

14                    Defendant.

15

16          The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

17   papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

18   the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

19          (1)     The Court adopts the Report and Recommendation.

20          (2)     The final decision of the Commissioner is REVERSED and this case is

21   REMANDED to the Social Security Administration for further proceedings consistent with the

22   Report and Recommendation.

23   //

24   //

25   //

26

ORDER
PAGE - 1

1      (3)    The Clerk of the Court is directed to send copies of this Order to the parties and

2  to Judge Donohue.

3      DATED this 19th day of November, 2012.

Marsha J. Pechman
Chief United States District Judge

ORDER
PAGE - 2